# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BASHLON LUSTER,**
       **Plaintiff,**

    v.                                                     Case No. 12-CV-00376

**KLEEN TEST PRODUCTS CORP., and**
**NEIL CHRISTENSEN,**
       **Defendants.**

## ORDER

Plaintiff Bashlon Luster has filed a motion to amend his complaint, and defendants have indicated that they do not oppose the motion. As a result, I will grant plaintiff's motion, and I will deny as moot defendants' pending motion to dismiss the original complaint. Defendants are free to file a motion to dismiss specifically addressing the allegations in the new complaint.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for leave to file his proposed first amended complaint [DOCKET #16] is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants' partial motion to dismiss for failure to state a claim [DOCKET #8] is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 16th day of August 2012.

                                                            s/ Lynn Adelman
                                                            LYNN ADELMAN
                                                            District Judge