IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BASHLON LUSTER,

    Plaintiff,

v.                                                      Case: 2:12-cv-00376-LA

KLEEN TEST PRODUCTS CORPORATION
and
NEIL CHRISTENSEN,

    Defendants.

## ORDER FOR DISMISSAL

Based on the Stipulation of the parties, this matter is dismissed with prejudice and without costs to either party.

Date: October 26, 2012

                                                          BY THE COURT:

                                                          s/ Lynn Adelman

                                                          Hon. Lynn Adelman
                                                          U.S. District Court Judge